IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**GARY L. SAUNDERS and REGINA M. SAUNDERS,**

      Plaintiffs,

v.        CASE NO. 4:12-cv-00130-RAJ-TEM

**BANK OF AMERICA, N.A.** *also known as Bank of America Home Loans, formerly known as BAC Home Loan Servicing, formerly known as Countrywide Home Loan Servicing,* and **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**

      Defendants.

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

      GARY L. SAUNDERS and
      REGINA M. SAUNDERS.,

      _____/s/_____
      Leonard A. Bennett, Esq.
      VSB #37523
      Attorney for Plaintiff
      CONSUMER LITIGATION ASSOCIATES, P.C.
      763 J. Clyde Morris Boulevard, Suite 1-A
      Newport News, Virginia 23601
      (757) 930-3660 - Telephone
      (757) 930-3662 – Facsimile
      E-mail:  lenbennett@cox.net