ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Gary L. Saunders and Regina M. Saunders <br><br> *Plaintiff* <br><br> v. <br><br> Bank of America, N.A., aka Bank of America Home Loans FKA BAC Home Loan Servicing, FKA Countrywide Home Loan Servicing AND Federal National Mortgage Association, aka Fannie Mae | Civil Action No. 4:12cv130 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal National Mortgage Association, aka "Fannie Mae"
SERVE: Julie Katzman
Vice President - General Counsel
3900 Wisconsin Avenue, NW
Washington, D.C. 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/17/2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |
| In the: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA | STATE/COMMONWEALTH OF: VA |

GARY L SAUNDERS, ET AL

In re/V.        CASE NO:    4:12CV130

BANK OF AMERICA, N.A., ETC., ET AL

**JULIE KATZMAN, VICE PRESIDENT- GENERAL COUNSEL**

*FEDERAL NATIONAL MORTGAE ASSOCIATION, AKA "FANNIE MAE"*
**3900 WISCONSIN AVE NW, WASHINGTON, DC 20016**

is the name and address of the person upon whom service of the following is to be made.

Document Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 8/24/12 @ 9:30 AM /xPMxx

Place of service if DIFFERENT than above: _____

METHOD OF SERVICE:

☐ PERSONAL IN HAND to the individual named above.

*Being unable to make personal service, a copy was delivered in the following manner:*

☒ ACCEPTED BY PERSON FOUND IN CHARGE of usual place of business or employment dureing business hours and glving informaiton of its purport. Service accepted by:

Name: Mai Robertson, Esq.    Title: Authorized Representative/Legal

☐ ACCEPTED BY FAMILY MEMBER (not temporary sojourner or guest) age 16 or older at ususal place of abode, a party named hereinafter after giving information of its purport, the name, age and relationship of the recipelnt ot the party named above is as follows:

TELEPHONE: _____    FAX NO.: _____

DESCRIPTION IF REQUIRED: _____

☐ POSTED on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipeint not found.

Dated: _____

Kirk A. Hornbeck
Name of Server (Print or Type):                Signature of Server

State/Commonwealth of District of
City/County of Columbia
Date: 8/22/12
My commission expires:

Subscribed and sworn to/affirmed before me this day by:
Kirk A. Hornbeck

*Signature of Notary Public*

9/21/2012
325404 - 1

**RADHA INGUVA**
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2017

HESTER SERVICES, INC., 4 NORMAN DRIVE, POQUOSON, VA 23662-1308, PHONE: 757-868-5833