# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Gary L. Saunders and Regina M. Saunders <br><br> *Plaintiff* <br> v. <br> Bank of America, N.A., aka Bank of America Home Loans FKA BAC Home Loan Servicing, FKA Countrywide Home Loan Servicing AND Federal National Mortgage Association, aka Fannie Mae | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:12cv130 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America, N.A., aka Bank of America Home Loans FKA BAC Home Loan Servicing, FKA Countrywide Home Loan Servicing
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, Virginia 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/17/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*


                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Tyler Puryear

Lisa Uttech

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System, Business Filings Incorporated, and National Registered Agents, Inc. It does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company



State of Virginia
County of Henrico

This day personally appeared before me, Lisa Uttech, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 17 day of April, 2012

#286304

_____
Notary Public                     8/31/12

325406-1   9/21

9/21/2012

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

| | |
|---|---|
| GARY L SAUNDERS, ET AL | } CASE NO: |
| In re / V. | } **4:12CV130** |
| BANK OF AMERICA, N.A., ET AL | } |

**PERSON FOUND IN CHARGE BANK OF AMERICA, N.A., AKA BANK OF AMERICA HOME LOANS FKA BAC HOME LOAN SERVINCING, FKA COUNTRYWIDE HOME LOAN SERVICING, CT CORPORATION SYSTEM, REG AGENT**

**4701 COX RD STE 301, GLEN ALLEN, VA 23060**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

**NOTICE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **8/27/2012 @ 2:25 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:**
***TINIKA BAYLOR***

Dated: 8/28/2012       Signature
Name: MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
MICHAEL L McWHORTER
who is personally known to me.
Date: 8/28/2012
My commission expires: 10/31/2015

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2015

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

325406 - 1