**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| GARY L. SAUNDERS, and<br>REGINA M. SAUNDERS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BANK OF AMERICA, N.A. *et al*,<br><br>                    Defendants. | Case No. 4:12-cv-130-RAJ-TEM |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

NOW COME Defendants Bank of America, N.A. ("BANA") and the Federal National Mortgage Association ("FNMA"), pursuant to F.R.Civ.P. 6(b)(1)(A), and Rule 7(F)(2) of the Local Rules (Civil) for the Eastern District of Virginia, by counsel, and move this Court for an extension of time within which to file responsive pleadings to Plaintiffs' Complaint.

In support of their Motion, Defendants state that following the filing of the Complaint on August 16, 2012, counsel needs limited additional time to investigate and prepare responsive pleadings. Counsel for Plaintiffs agrees with this requested extension, and an Agreed Order is being circulated and will be delivered to the Court for entry promptly. Defendants submit an extension up to and through September 28, 2012 will provide sufficient time to respond to Plaintiffs' Complaint, and will not prejudice any of the parties, or affect the scheduling of this case.

WHEREFORE, Defendants Bank of America, N.A. and the Federal National Mortgage Association respectfully request an extension within which to file their responsive pleadings to the Complaint, up to and through September 28, 2012.

                                                Respectfully Submitted

                                                BANK OF AMERICA, N.A. and
                                                FEDERAL NATIONAL MORTGAGE
                                                ASSOCIATION

                                                By Counsel

                                                _____/s/_____
                                                Robert W. McFarland (VSB No. 24021)
                                                Erin Q. Ashcroft (VSB No. 74636)
                                                McGuireWoods LLP
                                                101 W. Main Street, Ste. 9000
                                                Norfolk, VA 23510
                                                Tel:    757/640-3733
                                                Fax:    757/670-3961
                                                eashcroft@mcguirewoods.com

                                                *Attorneys for Bank of America, N.A. and*
                                                *Federal National Mortgage Association*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of September, 2012, I filed this document with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                          /s/
                                  Robert W. McFarland (VSB No. 24021)
                                  Erin Q. Ashcroft (VSB No. 74636)
                                  McGuireWoods LLP
                                  101 W. Main Street, Ste. 9000
                                  Norfolk, VA 23510
                                  Tel:    757/640-3733
                                  Fax:   757/670-3961
                                  eashcroft@mcguirewoods.com

                                  *Attorneys for Bank of America, N.A. and Federal National Mortgage Association*

\42086545.1