**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| GARY L. SAUNDERS, and<br>REGINA M. SAUNDERS,<br><br>       Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. *et al*,<br><br>       Defendants. | Case No. 4:12-cv-130-RAJ-TEM |

**FEDERAL NATIONAL MORTGAGE ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Federal National Mortgage Association ("Fannie Mae"), Defendant in the above captioned action, states that, to the best of her knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fannie Mae, that have issued shares or debt securities to the public:

Fannie Mae is a publicly held corporation and no publicly traded corporation owns more than 10% of Fannie Mae.

                Respectfully Submitted

                FEDERAL NATIONAL MORTGAGE
                ASSOCIATION

                By Counsel

                    /s/
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:   757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Bank of America, N.A. and Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 14th day of September, 2012, I filed this document with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                    /s/
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:   757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Bank of America, N.A. and Federal National Mortgage Association*