**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| GARY L. SAUNDERS, and<br>REGINA M. SAUNDERS,<br><br>       Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. *et al*,<br><br>       Defendants. | Case No. 4:12-cv-130-RAJ-TEM |

## BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Bank of America, N.A., Defendant in the above captioned action, states that, to the best of her knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bank of America, N.A., that have issued shares or debt securities to the public:

Bank of America, N.A., is a National Association, and a wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of Bank of America Corporation, which is a publicly-traded entity. No publicly traded corporation owns more than 10% of Bank of America Corporation.

If the Court requires more information pertaining to this Defendant's corporate structure, counsel will supplement promptly as appropriate.

Respectfully Submitted

BANK OF AMERICA, N.A.

By Counsel

_____/s/_____
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:    757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Bank of America, N.A. and Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2012, I filed this document with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

_____/s/_____
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:    757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Bank of America, N.A. and Federal National Mortgage Association*