IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
SEP 18 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

GARY L. SAUNDERS, and
REGINA M. SAUNDERS,

        Plaintiffs,

v.

BANK OF AMERICA, N.A. *et al*,

        Defendants.

Case No. 4:12-cv-130-RAJ-TEM

### AGREED ORDER OF EXTENSION

THIS DAY came Defendants Bank of America, N.A. ("BANA") and the Federal National Mortgage Association ("FNMA"), by counsel, on their Motion for Extension of time within which to file their response to Plaintiffs' Complaint. Counsel for Plaintiffs being in agreement with the requested extension, and good cause being shown, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants are GRANTED an extension until September 28, 2012 to file its responsive pleadings to Plaintiff's Complaint.

Entered this 18 day of September, 2012.

_____
Judge

We ask for this:

_____
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel: 757/640-3733
Fax: 757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Bank of America, N.A. and Federal National Mortgage Association*

Seen and agreed:

_____
Susan M. Rotkis (VSB No. 40693)
Leonard A. Bennett (VSB No. 37523)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
Tel: 757/930-3660
srotkis@clalegal.com

*Counsel for Plaintiffs*

\42086851.1