IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**GARY L. SAUNDERS and**
**REGINA M. SAUNDERS,**

      **Plaintiff**

v.                                                  CIVIL NO.  4:12-cv-00130-RAJ-TEM

**BANK OF AMERICA, N.A., et al.**

      **Defendants,**

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiffs, GARY L. SAUNDERS and REGINA M. SAUNDERS, by counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this matter is dismissed without prejudice.

Defendant has not filed or served an Answer or Motion for Summary Judgment in this action. Further while unnecessary for a Fed.R.Civ.P. 41(a)(1)(A)(i) dismissal, Defendant has consented.

                                                **GARY L. SAUNDERS and**
                                                **REGINA M. SAUNDERS**,

                                                _____/s/_____
                                                Leonard A. Bennett, Esq.
                                                VSB #37523
                                                Attorney for Plaintiff
                                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                                763 J. Clyde Morris Boulevard, Suite 1-A
                                                Newport News, Virginia 23601
                                                (757) 930-3660 - Telephone
                                                (757) 930-3662 – Facsimile
                                                lenbennett@clalegal.com

## **Certificate of Service**

        I hereby certify that on the 21st day of December, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert William McFarland
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
Fax: (757) 640-3701
Email: rmcfarland@mcguirewoods.com

Erin Quinn Ashcroft
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
Email: eashcroft@mcguirewoods.com

Sarah Kate McConaughy
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
Email: smcconaughy@mcguirewoods.com

                                                     /s/
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@clalegal.com